

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-31-2005

# USA v. Donovan

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-2405

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Donovan" (2005). *2005 Decisions.* Paper 1401.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1401

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 04-2405

UNITED STATES OF AMERICA

v.

DONALD L. DONOVAN,
                                        Appellant

On Appeal from the United States District Court
for the District of Delaware
D.C. Criminal No. 03-cr-00030
(Honorable Kent A. Jordan)

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 7, 2005
Before:  SCIRICA, *Chief Judge*, ROTH and BECKER, *Circuit Judges*

(Filed: March 31, 2005)

OPINION OF THE COURT

SCIRICA, *Chief Judge*.

Following a jury trial in the District of Delaware, appellant Donald Lee Donovan

was found guilty of eight counts of tax evasion.  He was sentenced on May 7, 2004.

Donovan does not challenge his conviction.

Appellant challenges his sentence under *United States v. Booker*, 543 U.S. - -, 125 S. Ct. 738 (2005). Having determined that the sentencing issues appellant raises are best determined by the District Court in the first instance, we will vacate the sentence and remand for resentencing in accordance with *Booker*.